UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :

         -v.-                       :

DEFENDANT #1,                       :
 a/k/a "Christopher R. Metsos,"
DEFENDANT #2,                       :
 a/k/a "Richard Murphy,"
DEFENDANT #3,                       :
 a/k/a "Cynthia Murphy,"
DEFENDANT #4,                       :
 a/k/a "Donald Howard Heathfield,"
DEFENDANT #5,                       :
 a/k/a "Tracey Lee Ann Foley,"
MIKHAIL KUTSIK,                     :
 a/k/a "Michael Zottoli,"
NATALIA PEREVERZEVA,                :
 a/k/a "Patricia Mills,"
DEFENDANT #8,                       :
 a/k/a "Juan Lazaro,"
VICKY PELAEZ,                       :
ANNA CHAPMAN, and
MIKHAIL SEMENKO,                    :

                                    :
         Defendants.
- - - - - - - - - - - - - - - - - - x

**10 CRIM  598**

SEALED INDICTMENT

JUDGE WOOD

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/10

## COUNT ONE

### Conspiracy to Act as Agents of a Foreign Government Without Prior Notification to the Attorney General

1. From in or about the 1990s, up to and including the present, in the Southern District of New York and elsewhere, DEFENDANT #1, a/k/a "Christopher R. Metsos," DEFENDANT #2, a/k/a "Richard Murphy," DEFENDANT #3, a/k/a "Cynthia Murphy," DEFENDANT #4, a/k/a "Donald Howard Heathfield," DEFENDANT #5, a/k/a "Tracey Lee Ann Foley," MIKHAIL KUTSIK, a/k/a "Michael Zottoli," NATALIA PEREVERZEVA, a/k/a "Patricia Mills," DEFENDANT #8, a/k/a "Juan

Lazaro," VICKY PELAEZ, ANNA CHAPMAN, and MIKHAIL SEMENKO, the defendants, and others known and unknown, unlawfully, willfully and knowingly, did combine, conspire, confederate, and agree together and with each other to commit an offense against the United States, to wit, to violate Section 951 of Title 18, United States Code.

    2. It was a part and an object of the conspiracy that DEFENDANT #1, a/k/a "Christopher R. Metsos," DEFENDANT #2, a/k/a "Richard Murphy," DEFENDANT #3, a/k/a "Cynthia Murphy," DEFENDANT #4, a/k/a "Donald Howard Heathfield," DEFENDANT #5, a/k/a "Tracey Lee Ann Foley," MIKHAIL KUTSIK, a/k/a "Michael Zottoli," NATALIA PEREVERZEVA, a/k/a "Patricia Mills," DEFENDANT #8, a/k/a "Juan Lazaro," VICKY PELAEZ, ANNA CHAPMAN, and MIKHAIL SEMENKO, the defendants, and others known and unknown, unlawfully, willfully and knowingly, would and did act in the United States as agents of a foreign government, specifically the Russian Federation, without prior notification to the Attorney General, as required by law, in violation of Title 18, United States Code, Section 951.

### OVERT ACTS

    3. In furtherance of the conspiracy and to effect the illegal objects thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.   On or about January 14, 2000, in a South American country, VICKY PELAEZ, the defendant, received a package containing money from a representative of the Russian government.

b.   On or about May 16, 2004, in Queens, New York, DEFENDANT #1, a/k/a "Christopher Metsos," the defendant, received a bag, containing money, from an official associated with the Manhattan-based Permanent Mission of the Russian Federation to the United Nations ("Russian Mission").

c.   On or about June 20, 2004, in Manhattan, New York, DEFENDANT #2, a/k/a "Richard Murphy," the defendant, met with MIKHAIL KUTSIK, a/k/a "Michael Zottoli," the defendant, and gave him (KUTSIK) money that he (DEFENDANT #2, a/k/a "Richard Murphy") had received from DEFENDANT #1, a/k/a "Christopher Metsos."

d.   On or about September 23, 2004, in Hoboken, New Jersey, DEFENDANT #3, a/k/a "Cynthia Murphy," the defendant, advised DEFENDANT #2, a/k/a "Richard Murphy," as to how he could effectively gather information in the United States for provision to Moscow Center.

e.   During 2004, DEFENDANT #4, a/k/a "Donald Howard Heathfield," the defendant, met with an employee of the United States Government with regard to nuclear weapons research.

f.   On or about October 3, 2004, DEFENDANT #5, a/k/a "Tracey Lee Ann Foley," the defendant, discussed with

DEFENDANT #4, a/k/a "Donald Howard Heathfield," a method for sending secret messages to Moscow Center.

    g. On or about June 8, 2006, NATALIA PEREVERZEVA, a/k/a "Patricia Mills," the defendant, traveled to the vicinity of Wurtsboro, New York, with KUTSIK, where KUTSIK, dug up a package containing money that had been buried in the ground by DEFENDANT #1, a/k/a "Christopher Metsos."

    h. On or about August 25, 2007, DEFENDANT #8, a/k/a "Juan Lazaro," the defendant, in a South American country, received a package containing money from a representative of the Russian government.

    i. On or about September 26, 2009, in Brooklyn, New York, DEFENDANT #2, a/k/a "Richard Murphy," gave KUTSIK money that he (DEFENDANT #2, a/k/a "Richard Murphy") had received from an official associated with the Russian Mission.

    j. On or about June 5, 2010, in Washington, D.C., MIKHAIL SEMENKO, the defendant, went to a meeting with a Russian Government official.

    k. On or about June 16, 2010, in New York, New York, ANNA CHAPMAN, the defendant, transmitted data to a Russian Government official through a wireless network.

    (Title 18, United States Code, Section 371.)

## COUNT TWO

### Conspiracy to Commit Money Laundering

4.   From in or about the 1990s, up to and including the present, in the Southern District of New York and elsewhere, DEFENDANT #1, a/k/a "Christopher R. Metsos," DEFENDANT #2, a/k/a "Richard Murphy," DEFENDANT #3, a/k/a "Cynthia Murphy," DEFENDANT #4, a/k/a "Donald Howard Heathfield," DEFENDANT #5, a/k/a "Tracey Lee Ann Foley," MIKHAIL KUTSIK, a/k/a "Michael Zottoli," NATALIA PEREVERZEVA, a/k/a "Patricia Mills," DEFENDANT #8, a/k/a "Juan Lazaro," and VICKY PELAEZ, the defendants, and others known and unknown, unlawfully, willfully and knowingly did combine, conspire, confederate and agree together and with each other to violate Sections 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i) of Title 18, United States Code.

5.   It was a part and an object of the conspiracy that DEFENDANT #1, a/k/a "Christopher R. Metsos," DEFENDANT #2, a/k/a "Richard Murphy," DEFENDANT #3, a/k/a "Cynthia Murphy," DEFENDANT #4, a/k/a "Donald Howard Heathfield," DEFENDANT #5, a/k/a "Tracey Lee Ann Foley," MIKHAIL KUTSIK, a/k/a "Michael Zottoli," NATALIA PEREVERZEVA, a/k/a "Patricia Mills," DEFENDANT #8, a/k/a "Juan Lazaro," and VICKY PELAEZ, the defendants, and others known and unknown, in an offense involving and affecting interstate and foreign commerce, knowing that the property involved in certain financial transactions, to wit, transfers of thousands of dollars

in cash, delivery of Automated Teller Machine ("ATM") cards, and the purchase and rental of residences, among other things, represented the proceeds of some form of unlawful activity, unlawfully, willfully and knowingly, would and did conduct and attempt to conduct such financial transactions which in fact involved the proceeds of specified unlawful activity, to wit, felony violations of the Foreign Agents Registration Act of 1938, Title 22, United States Code, Sections 612(a) and 618, with the intent to promote the carrying on of the specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

6.   It was also a part and an object of the conspiracy that DEFENDANT #1, a/k/a "Christopher R. Metsos," DEFENDANT #2, a/k/a "Richard Murphy," DEFENDANT #3, a/k/a "Cynthia Murphy," DEFENDANT #4, a/k/a "Donald Howard Heathfield," DEFENDANT #5, a/k/a "Tracey Lee Ann Foley," MIKHAIL KUTSIK, a/k/a "Michael Zottoli," NATALIA PEREVERZEVA, a/k/a "Patricia Mills," DEFENDANT #8, a/k/a "Juan Lazaro," and VICKY PELAEZ, the defendants, and others known and unknown, in an offense involving and affecting interstate and foreign commerce, knowing that the property involved in certain financial transactions, to wit, transfers of thousands of dollars in cash, delivery of ATM cards, and the purchase and rental of residences, among other things, represented the proceeds of some form of unlawful activity,

unlawfully, willfully and knowingly, would and did conduct and attempt to conduct such financial transactions which in fact involved the proceeds of specified unlawful activity, to wit, felony violations of the Foreign Agents Registration Act of 1938, Title 22, United States Code, Sections 612(a) and 618, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

(Title 18, United States Code, Sections 1956(a)(1) and 1956(h).)

## OVERT ACTS

7. In furtherance of the conspiracy and to effect the illegal objects thereof, DEFENDANT #1, a/k/a "Christopher R. Metsos," DEFENDANT #2, a/k/a "Richard Murphy," DEFENDANT #3, a/k/a "Cynthia Murphy," DEFENDANT #4, a/k/a "Donald Howard Heathfield," DEFENDANT #5, a/k/a "Tracey Lee Ann Foley," MIKHAIL KUTSIK, a/k/a "Michael Zottoli," NATALIA PEREVERZEVA, a/k/a "Patricia Mills," DEFENDANT #8, a/k/a "Juan Lazaro," and VICKY PELAEZ, the defendants, committed in the Southern District of New York and elsewhere, among other overt acts, the acts set forth above in paragraph 3, subparagraphs a-i.

## FORFEITURE ALLEGATION

8. As a result of committing the foregoing offense

alleged in Count Two of this Indictment, DEFENDANT #1, a/k/a "Christopher R. Metsos," DEFENDANT #2, a/k/a "Richard Murphy," DEFENDANT #3, a/k/a "Cynthia Murphy," DEFENDANT #4, a/k/a "Donald Howard Heathfield," DEFENDANT #5, a/k/a "Tracey Lee Ann Foley," MIKHAIL KUTSIK, a/k/a "Michael Zottoli," NATALIA PEREVERZEVA, a/k/a "Patricia Mills," DEFENDANT #8, a/k/a "Juan Lazaro," and VICKY PELAEZ, the defendants, shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(1), any property, real or personal, that was involved in the money laundering offense or is traceable to such property.

### Substitute Asset Provision

9.  If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(i) cannot be located upon the exercise of due diligence;

(ii) has been transferred or sold to, or deposited with, a third person;

(iii) has been placed beyond the jurisdiction of the Court;

(iv) has been substantially diminished in value; or

(v) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 982 and 1956.)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DEFENDANT #1,
a/k/a "Christopher R. Metsos,"
DEFENDANT #2,
a/k/a "Richard Murphy,"
DEFENDANT #3,
a/k/a "Cynthia Murphy,"
DEFENDANT #4,
a/k/a "Donald Howard Heathfield,"
DEFENDANT #5,
a/k/a "Tracey Lee Ann Foley,"
MIKHAIL KUTSIK,
a/k/a "Michael Zottoli,"
NATALIA PEREVERZEVA,
a/k/a "Patricia Mills,"
DEFENDANT #8,
a/k/a "Juan Lazaro,"
VICKY PELAEZ,
ANNA CHAPMAN,
and
MIKHAIL SEMENKO,

Defendants.

SEALED INDICTMENT

10 Cr. _____

(Title 18, United States Code, Sections 371 and 1956.)

PREET BHARARA
United States Attorney.

A TRUE BILL

_____/s/ illegible_____
Foreperson.