ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                :    **ORDER**

      - v. -                            :    10 Cr. 598

DEFENDANT #1,                           :
 a/k/a "Christopher R. Metsos,"
DEFENDANT #2,                           :
 a/k/a "Richard Murphy,"
DEFENDANT #3,                           :
 a/k/a "Cynthia Murphy,"
DEFENDANT #4,                           :
 a/k/a "Donald Howard Heathfield,"
DEFENDANT #5,                           :
 a/k/a "Tracey Lee Ann Foley,"
MIKHAIL KUTSIK,                         :
 a/k/a "Michael Zottoli,"
NATALIA PEREVERZEVA,                    :
 a/k/a "Patricia Mills,"
DEFENDANT #8,                           :
 a/k/a "Juan Lazaro,"
VICKY PELAEZ,                           :
ANNA CHAPMAN, and
MIKHAIL SEMENKO,                        :

      Defendants.                       :

- - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

      Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorney Glen Kopp;

      It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

      ORDERED that the Indictment in the above-captioned

action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
       July 7, 2010

_____
HONORABLE LORETTA A. PRESKA
CHIEF JUDGE
UNITED STATES DISTRICT COURT