SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Oral Motion

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/10
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

United States                Plaintiff,

              10 cr 598 (KMW)

      - against -
Christopher Metsos, et al.   Defendant.

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON ORAL MOTION**

Upon the oral motion of __Robert Baum__ attorney for __Anna Chapman__ and said sponsor attorney's affidavit declaration that applicant __Charles Burnham__ is a member in good standing of the bar(s) of the state(s) of __Virginia__;

and that applicant's contact information is as follows (please print):

     Applicant's Name:   Charles Burnham
     Firm Name:   Burnham & Gorokhov, PLLC
     Address:   1739 Clarendon Blvd.
     City/State/Zip:   Virginia
     Telephone/Fax:   (703) 310-7587
     Email Address:   charles@burnhamgorokhov.com

said applicant having requested admission pro hac vice to appear for all purposes as counsel for __Patricia Mills__ in the above entitled action;

**IT IS HEREBY ORDERED** that __Charles Burnham__, is admitted to practice pro hac vice as counsel for in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall immediately forward the pro hac vice fee to the Clerk of Court.

Dated: __7/8/2010__
City, State: __New York, NY__

                                   _/s/ Kimba M. Wood_
                              United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $ _____   SDNY RECEIPT# _____
SDNY Form Web 10 2006