USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA             :    **ORDER**

      - v. -                           :    10 Cr. 598 (KMW)

DEFENDANT #1,                        :
 a/k/a "Christopher R. Metsos,"
DEFENDANT #2,                        :
 a/k/a "Richard Murphy,"
DEFENDANT #3,                        :
 a/k/a "Cynthia Murphy,"
DEFENDANT #4,                        :
 a/k/a "Donald Howard Heathfield,"
DEFENDANT #5,                        :
 a/k/a "Tracey Lee Ann Foley,"
MIKHAIL KUTSIK,                      :
 a/k/a "Michael Zottoli,"
NATALIA PEREVERZEVA,                 :
 a/k/a "Patricia Mills,"
DEFENDANT #8,                        :
 a/k/a "Juan Lazaro,"
VICKY PELAEZ,                        :
ANNA CHAPMAN, and
MIKHAIL SEMENKO,                     :

      Defendants.                    :

- - - - - - - - - - - - - - - - - - x

      WHEREAS, an application has been made by the United States of America for the unsealing of search warrants and related papers;

      WHEREAS, the Court finds that on June 25, 2010, Magistrate Judge Frank Maas, of the Southern District of New York, authorized the execution of search warrants 10 MAG 1394 and 10 MAG 1395, and ordered that all papers submitted in connection with the respective search warrant applications be maintained under seal;

WHEREAS, the Court finds that on June 27, 2010, Magistrate Judge Ronald L. Ellis, of the Southern District of New York, authorized the execution of search warrant 10 MAG 1393, and ordered that all papers submitted in connection with the search warrant application be maintained under seal;

WHEREAS, the Court finds that because the defendants associated with the properties searched have pleaded guilty and have been sentenced, the reasons for maintaining the search warrants and related documents under seal no longer apply;

IT IS HEREBY ORDERED that search warrants 10 MAG 1393, 10 MAG 1394, and 10 MAG 1395, and all related papers be unsealed.

Dated: New York, New York
       July 26, 2010

_____
HONORABLE KIMBA M. WOOD
UNITED STATES DISTRICT COURT